```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | HON. JEROME B. SIMANDLE |
| v. | Criminal No. 04-269 (JBS) |
| NADINE HOMICK-VAN BERRY and CLINTON VAN BERRY, | **ORDER** |
| Defendants. | |

This matter is before the Court upon the motion by Defendant Clinton Van Berry [Docket Item 56] and the letter request filed by counsel for Defendant Nadine Homick-Van Berry [Docket Item 53] for a continuance of the June 13, 2005 trial date set for the trial of Counts 1 and 2 of the Indictment; and

The Court having convened a telephone conference on the record on June 1, 2005; and the parties having agreed to a continuance of the trial of Counts 1 and 2 until June 27, 2005;

IT IS this ___2nd___ day of June 2005 hereby

ORDERED that the trial for Counts 1 and 2 of the Indictment is set for June 27, 2005 at 9:00 a.m.; and

IT IS FURTHER ORDERED that the Government shall submit a motion identifying the evidence it may seek to admit at trial under Fed.R.Evid. 404(b) no later than Friday, June 3, 2005; and

     IT IS FURTHER ORDERED that the Court will convene a hearing on the Government's motion regarding the admissibility of its Fed.R.Evid. 404(b) evidence on Thursday, June 9, 2005 at 9:00 a.m.

                                            **s/ Jerome B. Simandle**
                                            JEROME B. SIMANDLE
                                            U.S. District Judge